# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES

     v.

DUSTIN MARTIN,

     *Defendant.*

Criminal Action No. 24-30 (LLA)

## ORDER

This matter is before the court on the United States' Motion to Dismiss the Indictment. ECF No. 41.  Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Indictment, ECF No. 23, is **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**.  The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   January 27, 2025